IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

LARRY KLAYMAN,

    Plaintiff

v.

THOMAS J. FITTON

    Defendant.

Case Number: 1:19-cv-20544-JEM

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE HEARING SET FOR APRIL 16, 2019**

Plaintiff Larry Klayman advised counsel that he could not consent to a delay for the reasons set forth in the attached email, Exhibit 1, but that if it could be confirmed that the honorable Magistrate Judge was able to hear the motion to dismiss on April 22, 2019, not as now represented a date after April 22, 2019, and his schedule permitted, he would accommodate counsel. In any event, Florida counsel could attend the hearing, as the matter has already been well briefed by both parties.

Time is respectfully of the essence to move this case forward as the alleged defamatory conduct is continuing by Defendant Thomas J Fitton and the severe damage caused is being compounded.

Dated: April 4, 2019

                                                           Respectfully Submitted,

                                                           */s/ Larry Klayman*
                                                           Larry Klayman, Esq.
                                                           FL Bar No. 246220
                                                           KLAYMAN LAW GROUP, P.A.
                                                           c/o 2020 Pennsylvania Ave., N.W.
                                                           Suite 800

Washington, D.C. 20006  
Telephone: (561) 558-5563  
Email: leklayman@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on April 4, 2019.

*/s/ Larry Klayman*