IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>    Plaintiff<br><br>  v.<br><br>THOMAS J. FITTON<br><br>    Defendant. | Case Number:   1:19-cv-20544-JEM |

**PLAINTIFF'S RESPONSE TO ORDER ON MOTION TO CONTINUE**

  Plaintiff Larry Klayman respectfully requests that, in light of its order of April 8, 2019 with regard Plaintiff's Request to Reschedule Oral Argument, this Court provide dates that it is available for oral argument on this matter. So as not to burden this Court with additional motions, upon receipt of this information, Plaintiff will be able to confer with opposing counsel expeditiously to reach a mutually convenient date and time for all parties involved and the Court.

Dated: April 8, 2019                    Respectfully Submitted,

                                   */s/ Larry Klayman*
                                  Larry Klayman, Esq.
                                  FL Bar No. 246220
                                  KLAYMAN LAW GROUP, P.A.
                                  c/o 2020 Pennsylvania Ave., N.W.
                                  Suite 800
                                  Washington, D.C. 20006
                                  Telephone:  (561) 558-5563
                                  Email: leklayman@gmail.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on April 8, 2019.

2

*/s/ Larry Klayman*

2