IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

LARRY KLAYMAN,

            Plaintiff,

v.

THOMAS J. FITTON,

            Defendant.

Civil Action No. 1:19-cv-020544

### NOTICE OF COUNSELS' AVAILABILITY FOR HEARING ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Plaintiff, Larry Klayman, hereby submits this Notice of Counsels' Availability Concerning Hearing on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction:

1. Counsel for Plaintiff and counsel for Defendant Thomas J. Fitton ("Defendant Fitton") held a telephonic conference this morning with the Court's law clerk concerning the upcoming hearing scheduled for April 30, 2019.

2. Due to back-to-back hearings on April 29, 2019 and May 1, 2019 in Washington, D.C., Plaintiff's counsel, with the consent of Defendant Fitton's counsel, respectfully requests that this honorable Court move the hearing from April 30, 2019 to May 3, 2019.

3. Counsel for Plaintiff and counsel for Defendant Fitton called the law clerk assigned to this case and she confirmed that May 3, 2019 is available.

**Dated**: April 12, 2019

Respectfully Submitted,

 /s/ *Larry Klayman*
Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
2020 Pennsylvania Ave. N.W. # 800
Washington, D.C. 20006

(561) 558-5336
Email: leklayman@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the Court's ECF system to all counsel of record or parties on April 12, 2019.

/s/ Larry Klayman