UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20544-CIV-MARTINEZ/AOR

LARRY KLAYMAN,

    Plaintiff,

v.

THOMAS J. FITTON,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Thomas Fitton's ("Defendant") Motion to Dismiss for Lack of Personal Jurisdiction (hereafter, "Motion to Dismiss") [D.E. 6]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Jose E. Martinez, United States District Judge [D.E. 5]. The undersigned held a hearing on this matter on May 21, 2019. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

- By **Friday, June 21, 2019**, Plaintiff Larry Klayman ("Plaintiff") may conduct a 2-hour deposition of Defendant limited to personal jurisdiction discovery.

- **Within 10 days thereafter,** Plaintiff shall supplement his Opposition to Defendant's Motion to Dismiss [D.E. 8].

DONE AND ORDERED in Chambers at Miami, Florida this 21st day of May, 2019.

*Alicia Otazo Reyes*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Jose E. Martinez
        Counsel of Record