UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20544-CIV-MARTINEZ/AOR

LARRY KLAYMAN,

    *Pro se* Plaintiff,

v.

THOMAS J. FITTON,

    Defendant.

_____/

## ORDER DENYING MOTION TO STRIKE

THIS CAUSE came before the Court upon Defendant Thomas Fitton's ("Defendant" or "Fitton") Motion to Strike Plaintiff's *De Facto* Sur-Reply [D.E. 42] (hereafter, "Motion to Strike") [D.E. 44]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Jose E. Martinez, United States District Judge [D.E. 5]. Upon due consideration, it is

ORDERED AND ADJUDGED that the Motion to Strike [D.E. 44] is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 11th day of July, 2019.

                                                        _____
                                                        ALICIA M. OTAZO-REYES
                                                        UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Jose E. Martinez
        Counsel of Record